UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALEXANDER VASQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 19-1473-SB (JPR) <br><br> **J U D G M E N T** |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the decision of the Commissioner is DENIED; (2) the Commissioner's request for an order affirming his final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: June 15, 2021

HON. STANLEY BLUMENFELD, JR.
U.S. DISTRICT JUDGE